## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Priscilla Paris, ) | |
| Plaintiff, ) | Case No. 24-01526 |
| ) | |
| v. ) | |
| ) | Date: July 11, 2024 |
| SRG Waterfront LLC, et al., ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

COMES NOW, Undersigned Counsel, who enters his appearance on behalf of his client, Priscilla Paris (Plaintiff), in the above-captioned matter against SRG Waterfront LLC, et al. (Defendants). He will be assisting Attorney Donna Williams Rucker, who is already noticed in this matter.

Respectfully submitted,

*/s Michael Goldstein*
Michael R. Goldstein, Esq.
DC Bar No. 1602033
Associate

TULLY RINCKEY PLLC
2001 L Street NW, Suite 902
Washington, DC 20036
Tel: (202) 787-1900
Fax: (202) 640-2059
Email: Mgoldstein@fedattorney.com

*Co-Counsel for Plaintiff*

1