UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILLA PARIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SRG WATERFRONT, LLC, et al.<br><br>    Defendants. | Case No. 1:24-cv-01526-AHA<br><br>*Assigned to: Hon. Amir H. Ali*<br><br>**DECLARATION OF FAISAL GILL, ESQ.** |

I, Faisal Gill, an individual over the age of eighteen years old and being of sound mind, declare under penalty of perjury that the below information is true and correct.

1. I am an attorney for Defendants Rajiv Chadha, Mad Rose, Inc., Naeem Mohd, and SRG Waterfront, LLC in this matter.

2. Plaintiffs' counsel first sent me a copy of the complaint filed by Plaintiff via email on December 13, 2024.

3. We then immediately began discussing settlement, first through phone call on December 17, 2024.

4. Counsel for both parties agreed that the settlement should take place before Defendants filed their answer in this matter.

5. Defendants immediately provide an offer of settlement on December 18, 2024.

6. Then, Defendants provided a second offer on January 13, 2025.

7. Defendants then provided a global settlement offer on March 24, 2025.

8. To date, Plaintiff has not responded to the offer.

9. Plaintiff's counsel delayed time by even scheduling a call with me only to tell me at that time that they hadn't heard back from Plaintiff.

10. Defendants deny all allegations in the Complaint except that Plaintiff is a female who worked at La Vie restaurant.

11. Defendants delayed filing an answer based on the parties' agreement that settlement should take place before filing a responsive pleading in this matter.

12. If this motion is granted, Defendants can file their Answer within 14 days of the Court's order.

Executed on September 15, 2025.    
                                   _____
                                   Faisal Gill