UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILLA PARIS,<br><br>Plaintiff,<br><br>vs.<br><br>SRG WATERFRONT, LLC, et al.<br><br>Defendants. | Case No. 1:24-cv-01526-AHA<br><br>*Assigned to: Hon. Amir H. Ali*<br><br>**DEFENDANTS' [PROPOSED] ANSWER** |

COME NOW, DEFENDANTS Naeem Mohd, Rajiv Chadha, Mad Rose, Inc. and SRG Waterfront, LLC, and hereby responds to Plaintiff's Complaint as follows:

1. Deny.

2. Deny.

3. Deny.

4. Deny.

5. Deny.

6. Deny.

7. Deny.

8. Admit.

9. Defendants are unaware of information in order to admit or deny.

10. Admit only to owning La Vie.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Defendants incorporate all information and responses contained in the preceding paragraphs as if fully set forth herein.

26. Admit.

27. Defendants do not have information in order to admit or deny.

28. Defendants do not have information in order to admit or deny.

29. Defendants do not have information in order to admit or deny, except to deny as to any issues Plaintiff alleges she experienced at LV.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. Deny.

35. Deny.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

42. Admit.

43. Admit.

44. Deny.

45. Deny.

46. Deny.

47. Deny.

48. Deny.

49. Deny.

50. Deny

51. Deny.

52. Deny.

53. Deny.

54. Deny.

55. Defendants do not have information in order to admit or deny.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

60. Deny.

61. Deny.

62. Deny.

63. Deny.

64. Deny.

65. Deny.

66. Deny.

67. Deny.

68. Deny.

69. Deny.

70. Defendants do not have information to admit or deny at this time.

71. Defendants do not have information to admit or deny at this time.

72. Deny.

73. Deny.

74. Deny.

75. Deny.

76. Deny.

77. Deny.

78. Deny.

79. Deny.

80. Deny.

81. Deny.

82. Deny.

83. Deny.

84. Deny.

85. Deny.

86. Deny.

87. Deny.

88. Deny.

89. Deny.

90. Deny.

91. Deny.

92. Deny.

93. Deny.

94. Deny.

95. Deny.

96. Deny.

97. Deny.

98. Deny.

99. Deny.

100. Deny.

101. Deny.

102. Deny.

103. Deny.

104. Deny.

105. Deny.

106. Deny.

107. Deny.

108. Admit.

109. Deny.

110. Deny.

111. Deny.

112. Deny.

113. Deny.

114. Deny.

115. Defendants do not have information to admit or deny at this time.

116. Deny.

117. Deny.

118. Deny.

119. Deny.

120. Defendants do not have information to admit or deny at this time.

121. Deny.

122. Deny.

123. Deny.

124. Deny.

125. Deny.

126. Deny.

127. Deny.

128. Deny.

129. Deny.

130. Deny.

131. Deny.

132. Deny.

133. Deny.

134. Deny.

135. Deny.

136. Defendants do not have information to admit or deny at this time.

137. Defendants do not have information to admit or deny at this time.

138. Defendants do not have information to admit or deny at this time.

139. Deny.

140. Defendants do not have information to admit or deny at this time.

141. Defendants do not have information to admit or deny at this time.

142. Deny.

143. Deny.

144. Deny.

145. Deny.

146. Deny.

147. Deny.

148. Deny.

149. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

150. This allegation is a conclusion of law and does not require a response.

151. Admit.

152. Admit.

153. Deny.

154. Deny.

155. Deny.

156. Deny.

157. Deny.

158. Deny.

159. Deny.

160. Deny.

161. Deny.

162. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

163. This allegation is a conclusion of law and does not require a response.

164. Admit.

165. Admit.

166. Deny.

167. Deny.

168. Deny.

169. Deny.

170. Deny.

171. Deny.

172. Deny.

173. Deny.

174. Deny.

175. Deny.

176. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

177. This allegation is a conclusion of law and does not require a response.

178. Admit.

179. Admit.

180. Deny.

181. Deny.

182. Deny.

183. Deny.

184. Deny.

185. Deny.

186. Deny.

187. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

188. This allegation is a conclusion of law and does not require a response.

189. This allegation is a conclusion of law and does not require a response.

190. Deny.

191. Deny.

192. Deny.

193. Deny.

194. Deny.

195. Deny.

196. Deny.

197. Deny.

198. Deny.

199. Deny.

200. Deny.

201. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

202. This allegation is a conclusion of law and does not require a response.

203. This allegation is a conclusion of law and does not require a response.

204. Deny.

205. Deny.

206. Deny.

207. Deny.

208. Deny.

209. Deny.

210. Deny.

211. Defendants incorporate all information and responses as if fully set forth herein.

212. This allegation is a conclusion of law and does not require a response.

213. This allegation is a conclusion of law and does not require a response.

214. Deny.

215. Deny.

216. Deny.

217. Deny.

218. Deny.

219. Deny.

220. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

221. Deny.

222. Deny.

223. Deny.

224. Deny.

225. Deny.

226. Deny.

227. Deny.

228. Deny.

229. Deny.

230. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

231. Deny.

232. Deny.

233. Deny.

234. Deny.

235. Deny.

236.    This allegation is a conclusion of law and does not require a response.

237.    Deny.

238.    Deny.

239.    Deny.

240.    Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

241.    Admit.

242.    Admit.

243.    Deny.

244.    Deny.

245.    Deny.

246.    Deny.

247.    Deny.

248.    Deny.

249.    Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

250.    Admit.

251.    Admit.

252.    Deny.

253.    Deny.

254.    Deny.

255.    Deny.

256.    Deny.

257. Deny.

258. Deny.

259. Deny.

260. Deny.

261. Deny.

262. Deny.

263. Deny.

264. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

265. Admit.

266. Admit.

267. Admit.

268. Deny.

269. Deny.

270. Deny.

271. Deny.

272. Deny.

273. Deny.

274. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

275. Admit.

276. Admit.

277. Admit.

278. Deny.

279. Deny.

280. Deny.

281. Deny.

282. Deny.

283. Deny.

284. Deny.

285. Deny.

286. Defendants incorporate all information and responses from preceding paragraphs as if fully set forth herein.

287. Admit.

288. Deny.

289. Deny.

290. Deny.

291. Deny.

292. Deny.

293. Deny.

## AFFIRMATIVE DEFENSES

1. Waiver. Plaintiff waives all claims against Defendants when she signed the settlement agreement on July 8, 2021 and accepted the settlement funds.

2. Res judicata. Plaintiff's signing of the settlement agreement resolve all disputes she alleges in her complaint.

3. Release. By signing the settlement agreement, Plaintiff released all Defendants of all claims she has alleged in her Complaint.

4. Accord and Satisfaction. Plaintiff agreed to receive the settlement funds as a resolution of the matters set forth in her Complaint. She deposited the funds in full with no exceptions or remarks.

WHEREFORE, Defendants respectfully pray that this Court:

a) Deny any and all relief to Plaintiff, whether compensatory, punitive, injunctive, or equitable; and

b) Find in favor of Defendants; and

c) Order such other relief as this Honorable Court deems just and proper.

## JURY DEMAND

Defendants demand a trial by jury of all issues in this case so triable.

DATED: September  , 2025

Respectfully submitted,

Faisal Gill
Gill Law Firm
1717 Pennsylvania Ave NW Suite 1050
Washington, DC 20006
(310)418-6675
fgill@glawoffice.com

Attorney for Defendants