**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Priscilla Paris, | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-01526-AHA |
| | ) | |
| v. | ) | Date: October 1, 2025 |
| | ) | |
| SRG Waterfront, LLC, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO VACATE CLERK'S
ENTRY OF DEFAULT**

COMES NOW, the Plaintiff, Priscilla Paris, through undersigned counsel, and hereby submits this Response to the Defendants', Rajiv Chadha, Naeem Mohd, SRG Waterfront, LLC, and Mad Rose, Inc, Motion to Vacate Clerk's Entry of Default ("Motion") (ECF No. 38), and in support therefor, states as follows:

1) The Plaintiff does not object to the relief requested in the Defendants' Motion seeking to set aside the Clerk's entry of Default entered against the Defendants represented in that Motion. However, undersigned counsel vehemently disagrees with ¶¶ 4, 8, 9, 11 of the Defendants' representative's assertions contained in Defendant's Exhibit 1, Declaration of Faisal Gill, Esq, to that Motion. *See* ECF No. 38-1.

2) Nonetheless, in the interest of judicial economy, the Plaintiff agrees to the Defendants' request to vacate and set aside the Clerk's September 4, 2025, entry of Default (ECF No. 30) with respect to Defendants SRG Waterfront, LLC, t/a La Vie ("SRG"), Mad Rose, Inc., t/a Bar Bao ("Mad Rose"), Rajiv Chadha, and the Clerk's September 9, 2025, entry of Default (ECF No. 32), with respect to Defendant Naeem Mohd.

3) Notably, given Defendant Bergin Bustillo has not yet entered an appearance in this matter, Plaintiff does <u>not</u> agree to have the Clerk withdraw the Default entered against

1

him at this time.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests this Honorable Court vacate the Default entered against Defendants Chadha, Mohd, SRG, and Mad Rose, and grant such other and further relief as deemed just and proper. Plaintiff is not seeking to vacate the Default entered against Defendant Bustillo.

Respectfully submitted,

*/s Michael Goldstein*_____
Michael R. Goldstein, Esq.
Associate
(Bar No. 1602033)

*/s Donna Rucker*_____
Donna Rucker
Managing Partner
(Bar No. 40918)

TULLY RINCKEY PLLC
2001 L Street NW, Suite 902
Washington, DC 20036
Tel: (202) 787-1900
Fax: (202) 640-2059
Email: Mgoldstein@fedattorney.com
Drucker@fedattorney.com

*Counsel for Plaintiff*

2